Mark ROBERTSON, Petitioner–
Appellant,

v.

Janie COCKRELL, Director, Texas De-
partment of Criminal Justice, Institu-
tional Division, Respondent–Appellee.

No. 00–10512.

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 2002.

Randy Schaffer, Schaffer & Henley,
Houston, TX, for Petitioner–Appellant.

Edward Larry Marshall, Austin, TX, for
Respondent–Appellee.

ON PETITION FOR REHEARING
EN BANC

Before KING, Chief Judge, and
JOLLY, HIGGINBOTHAM, DAVIS,
JONES, SMITH, WIENER,
BARKSDALE, EMILIO M. GARZA,
DeMOSS, BENAVIDES, STEWART,
PARKER, DENNIS and CLEMENT,
Circuit Judges.

BY THE COURT:

A member of the Court in active service
having requested a poll on the petition for
rehearing en banc and a majority of the
judges in active service having voted in
favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall
be reheard by the court en banc with oral
argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule
for the filing of supplemental briefs.